IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WEN CHAO ART TRADING FIRM, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-001054<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Maria Valdez** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on April 30, 2025 [63], in favor of Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") and against the Defendants Identified in Schedule A in the amount of twenty five thousand dollars ($25,000) per Defaulting Defendant for willful use of counterfeit PLAYSTATION Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| XJAZL | 15 |
| ChenDongLie | 60 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 1st day of May 2025.  Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*