IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WENHONGHONG, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-01054<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Maria Valdez** |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMITATION**

Pursuant to Local Rule 7.1, Sony Interactive Entertainment, LLC ("Plaintiff") respectfully requests leave to file two memorandums in excess of 15 pages.

Plaintiff is filing a Motion for Summary Judgment and a Statutory Damages Award ("Motion") against defendant LIQUAN Co.Ltd (identified as Def. No. 76 on Schedule A to Complaint [1]) and a separate Motion for Summary Judgment and a Statutory Damages Award ("Motion") against defendant JIECHAO Co.Ltd (identified as Def. No. 73 on Schedule A to Complaint [1]) (together, the "Motions").

The memorandums filed in support of Plaintiff's Motions contain necessary substantive content, including an analysis of the seven-factor likelihood of confusion test, and numerous images of Plaintiff's genuine products and the counterfeit products. Plaintiff's Memorandum in Support of Summary Judgment and a Statutory Damages Award against defendant LIQUAN Co.Ltd is only 18 pages, and the Memorandum in Support of Summary Judgment and a Statutory Damages Award against defendant JIECHAO Co.Ltd is 20 pages. For the reasons provided herein, Plaintiff respectfully requests leave to exceed the page limitation.

Dated this 15th day of August 2025.   Respectfully submitted,

<u>/s/ Justin R. Gaudio</u>
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Jennifer V. Nacht
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jnacht@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notice to the attorneys of record.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Jennifer V. Nacht
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jnacht@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*