IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>WENHONGHONG, et al.,<br><br>                Defendants. | Case No. 25-cv-01054<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Maria Valdez** |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AND AN AWARD OF STATUTORY DAMAGES**

      Plaintiff Sony Interactive Entertainment, LLC ("Plaintiff") moves this Honorable Court to enter summary judgment in favor of Plaintiff and against JIECHAO Co. Ltd (identified as Def. No. 73 on Schedule A to Complaint [1]) ("Defendant"). Further, Plaintiff requests an award of statutory damages in the amount of $50,000 per counterfeit mark per type of goods (for a total of $200,000) and an award of attorney fees. In support of this Motion, Plaintiff submits the accompanying Memorandum.

Dated this 15th day of August 2025.     Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Jennifer V. Nacht
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jnacht@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of August 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in this case.

      /s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Jennifer V. Nacht
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
jnacht@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*