# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Sony Interactive Entertainment LLC

            Plaintiff,

v.

Case No.: 1:25−cv−01054

Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2025:

    MINUTE entry before the Honorable Manish S. Shah: The motion for excess pages [69] is granted. No appearance on 8/20/25 is necessary. The briefing schedule on the motions for summary judgment remains as set: responses due 9/5/25, replies due 9/19/25. The court will rule by cm/ecf. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.