# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Eastern Division

Sony Interactive Entertainment LLC

                                                      Plaintiff,

v.                                                      Case No.: 1:25−cv−01054

                                                     Honorable Manish S. Shah

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 21, 2025:

      MINUTE entry before the Honorable Manish S. Shah: Plaintiff's motion to stay or for an extension of time [93] is granted in part and no appearance is necessary. Plaintiff's response to the motion to lift the asset restraint is now due 10/27/25 and defendants may reply by 11/4/25. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.