# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>     Plaintiff,<br><br>  v.<br><br>WENHONGHONG, et al.,<br><br>     Defendants. | Case No. 25-cv-01054<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Maria Valdez** |

## DECLARATION OF RACHEL S. MILLER

I, Rachel S. Miller, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Sony Interactive Entertainment LLC ("Plaintiff" or "SIE"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On February 28, 2025, Plaintiff filed its Motion for Entry of a Preliminary Injunction [31] ("PI Motion") and provided notice of the PI Motion and the March 5, 2025, hearing on the PI Motion to Defendants via e-mail that same day. Attached hereto as **Exhibit 1** is a true and correct copy of the above identified February 28, 2025, correspondence sent by Plaintiff. Neither Defendant appeared at the March 5, 2025 hearing, nor contested the PI Motion prior to its entry on March 5, 2025 [37] or in the seven months while in place.

3. Plaintiff does not have, and neither the platform nor Defendants have provided, information or documents about Defendants' identity, business operations, sales, any other products or stores, any other financial accounts that receive payments or hold assets for Defendants

besides Walmart, other stores operated by Defendants, or Defendants' search methodology and procedures for determining whether a product offered for sale was a Counterfeit Product. Plaintiff cannot determine Defendants' sales of infringing products, and this information is solely within Defendants' possession.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of October 2025 at Chicago, Illinois.

/s/ Rachel S. Miller
Rachel S. Miller

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*