# Exhibit 1

**legalassistance@palmerlawgroup.com**

| | |
|---|---|
| **From:** | Jen Nacht <jnacht@gbc.law> |
| **Sent:** | Tuesday, July 1, 2025 7:41 AM |
| **To:** | rcheng@palmerlawgroup.com |
| **Cc:** | Justin Gaudio; Rachel S. Miller; Settlement Emails; Lucas Peterson; legalassistance@palmerlawgroup.com |
| **Subject:** | RE: LIQUAN Co.Ltd - Settlement Demand - SIE NDIL25-cv-1054; GBC 7392*159793 |
| **Attachments:** | Plaintiff's Response to Defendant JIECHAO Co.Ltd's First Set of RFAs.pdf; Plaintiff's Response to Defendant JIECHAO Co.Ltd's First Set of RFPs.pdf; Plaintiff's Response to Defendant JIECHAO Co.Ltd's First Set of ROGs.pdf; Plaintiff's Response to Defendant LIQUAN Co.Ltd's First Set of RFAs.pdf; Plaintiff's Response to Defendant LIQUAN Co.Ltd's First Set of RFPs.pdf; Plaintiff's Response to Defendant LIQUAN Co.Ltd's First Set of ROGs.pdf |

Robin

Attached, please find Plaintiff's responses to Defendant JIECHAO Co.Ltd's and LIQUAN Co.Ltd's first set of discovery requests.

Document production is here: [Sony Interactive Entertainment, LLC v. The Partnerships et al. -25-cv-01054](#)

Best regards,

Jen

Jen Nacht | ATTORNEY AT LAW



200 W. Madison Street, Suite 2100 | Chicago, IL 60606 | Direct: (312) 987-2912 | Main: (312) 360.0080 | Fax: (312) 360.9315 | Email: jnacht@gbc.law | www.gbc.law

CONFIDENTIALITY NOTE This electronic mail may contain information which is confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the recipients named in this mail. If you are not an intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you receive this electronic mail in error, please notify us by return electronic mail and destroy this mail immediately. Thank you for your cooperation.

---

**From:** rcheng@palmerlawgroup.com <rcheng@palmerlawgroup.com>
**Sent:** Friday, May 30, 2025 3:50 PM
**To:** Lucas Peterson <lpeterson@gbc.law>; legalassistance@palmerlawgroup.com
**Cc:** Justin Gaudio <jgaudio@gbc.law>; Rachel S. Miller <rmiller@gbc.law>; Settlement Emails <settlementemails@gbc.law>
**Subject:** RE: LIQUAN Co.Ltd - Settlement Demand - SIE NDIL25-cv-1054; GBC 7392*159793

> **[EXTERNAL EMAIL]**

Counsel,

Attached, please find Defendants' 1st set of discovery requests.

Warm regards,

 

# OneDrive

 Jen Nacht  >  Desktop  >  Discovery Responses  >  Sony Interactive Enterta

| Name ↑ | Modified | Modified By |
|---|---|---|
| Plaintiff's Response to Defendant JIECHAO… | June 30 | Jen Nacht |
| Plaintiff's Response to Defendant JIECHAO… | June 30 | Jen Nacht |
| Plaintiff's Response to Defendant JIECHAO… | June 30 | Jen Nacht |
| Plaintiff's Response to Defendant LIQUAN … | June 30 | Jen Nacht |
| Plaintiff's Response to Defendan… | June 30 | Jen Nacht |
| Plaintiff's Response to Defendant LIQUAN … | June 30 | Jen Nacht |
| SI0000001-SI0000163.pdf | June 30 | Jen Nacht |
| SI0000164-SI0000355.pdf | June 30 | Jen Nacht |
| SI0000356-SI0000559.pdf | June 30 | Jen Nacht |
| SI0000560-SI0000748.pdf | June 30 | Jen Nacht |
| SI0000749-SI0000927.pdf | June 30 | Jen Nacht |
| SI0000928-SI0001121.pdf | June 30 | Jen Nacht |
| SI0001122-SI0001254.pdf | June 30 | Jen Nacht |
| SI0001255-SI0001478.pdf | June 30 | Jen Nacht |
| SI0001479-SI0001698.pdf | June 30 | Jen Nacht |
| SI0001699-SI0001932.pdf | June 30 | Jen Nacht |