IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>               Plaintiff,<br><br>  v.<br><br>WENHONGHONG, et al.,<br><br>               Defendants. | Case No. 25-cv-01054<br><br>**Judge Manish S. Shah**<br><br>**Magistrate Judge Maria Valdez** |

**NOTICE OF RECENT RELEVANT DECISION**

Plaintiff Sony Interactive Entertainment, LLC submits this Notice of Recent Relevant Decision.

On November 10, 2025, the Court in *Hallmark Licensing, LLC v. ZAOTAI Co. Ltd. and PENGHE Co., Ltd.*, No. 25-cv-2214 (N.D. Ill. Nov. 10, 2025) (Bucklo, E.) (ECF No. 79) entered summary judgment on trademark counterfeiting and copyright infringement claims against two eCommerce store operator defendants, and awarded $50,000 in statutory damages against each defendant (attached hereto as **Exhibit 1**). Both defendants in *Hallmark Licensing, LLC* were represented by the same counsel representing Defendants JIECHAO Co.Ltd (Def. No. 73) and LIQUAN Co.Ltd (Def. No. 76) in this case.

1

Dated this 12th day of November 2025.　　　Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Rachel S. Miller
Jennifer V. Nacht
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
rmiller@gbc.law
jnacht@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*

.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of November 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/EC system will send a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Rachel S. Miller
Jennifer V. Nacht
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law
rmiller@gbc.law
jnacht@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*

.